UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

HOME STATE COUNTY MUTUAL INS. CO.,

    Plaintiff,

v.

    No. 6:25-CV-022-H

UNITED STATES OF AMERICA,

    Defendants.

## ORDER

Before the Court is the parties' joint motion to stay the proceedings (Dkt. No. 10). For the reasons stated in the motion, it is granted. The parties shall submit a joint status report by no later than July 1, 2025. The Clerk of Court shall administratively close this case until the stay is lifted.

So ordered on May 2, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE