IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| HOME STATE COUNTY MUTUAL INS. CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 6:25-CV-00022-H |

## JOINT REPORT REGARDING SETTLEMENT

Plaintiff Home State County Mutual Ins. Co., and defendant submit this Joint Report Regarding Settlement.  On July 1, 2025, the Court administratively closed the case.  On July 30, 2025, signed settlement papers were approved and submitted to the Defendant agency.  The parties are awaiting final payment from the Defendant agency.  Defendant agency has sent the payment, but it has not been received by Plaintiff at the time of this filing.  The parties request an additional 14-day stay of all proceedings in the case to finalize the settlement and distribution of funds.  The parties will file the appropriate dismissal papers, a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the Court within 14-days.

DATED: August 29, 2025

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

| | |
|---|---|
| /s/ Jason Wells | /s/ Ann E. Cruce-Haag |
| JASON WELLS | ANN E. CRUCE-HAAG |
| THE FUSSELMAN LAW FIRM, PC | Assistant United States Attorney |
| State Bar No. 24066279 | Texas Bar No. 24032102 |
| 1616 South Voss Rd., Ste. 775 | 1205 Texas Avenue, Suite 700 |
| Houston, Texas 77057 | Lubbock, Texas 79401 |
| Tel: 713-960-1619 | Telephone: (806) 472-7351 |
| Fax: 713-960-1430 | Facsimile: (806) 472-7394 |
| Email: jwells@thefusselmanlawfirm.com | Email: ann.haag@usdoj.gov |
| *Attorney For Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

On August 29, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Ann E. Cruce-Haag
ANN E. CRUCE-HAAG
Assistant United States Attorney