UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| HOME STATE COUNTY MUTUAL INS. CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | No. 6:25-CV-022-H |

### ORDER

Before the Court is the parties' joint report regarding settlement (Dkt. No. 16). For the reasons stated in the motion, it is granted. The parties must submit either a joint stipulation of dismissal and a proposed order or an updated joint status report regarding the settlement by no later than September 16, 2025. The case remains stayed and administratively closed.

So ordered on September 3, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE